## MARCH 13, 1956

**No. 59769.**—Lissco Trading Corp. and Rohner Gehrig & Co., Inc., et al. v. United States, protests 260325–K, etc.—Protests abandoned February 16, 1956. (Not published.) (Initial No. 256405–K.) Plaintiffs' application for rehearing granted.

**No. 59770.**—R. C. Williams & Co., Inc. v. United States, protest 226114–K.— Protest abandoned February 16, 1956. (Not published.) (Initial No. 181444–K.) Plaintiff's application for rehearing granted.

## MARCH 12, 1956

**No. 59771.**—SUIT 4834.—United States v. E. B. Miller Associates, Inc., and J. M. Rodgers Co.—

C. A. D. 603.

## BEFORE THE FIRST DIVISION, MARCH 22, 1956

**No. 59772.**—California Artificial Flower Co. v. United States, protest 246638–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of artificial flowers, composed wholly or in chief value of feathers, the claim of the plaintiff was sustained.

**No. 59773.**—Mei Hwa Fur Trading Corp. v. United States, protest 827588–G (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.